UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD R. RUCKER, JR, <br><br> Plaintiff, <br><br> v. <br><br> CSAA INSURANCE EXCHANGE, et al, <br><br> Defendants. | No. 2:25-cv-2503 DAD AC (PS) <br><br><br> ORDER TO SHOW CAUSE |

On September 2, 2025, plaintiff filed this action in pro se and paid the filing fee. ECF No. 1. The case was accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). Plaintiff filed a motion for a temporary restraining order. ECF No. 2. Due to the time sensitive nature of the motion, it was resolved directly by District Judge Dale A. Drozd on September 4, 2025. ECF No. 5.

Judge Drozd denied the motion for a temporary restraining order. ECF No. 5. He explained that the complaint, which asks this court to overrule and enjoin the enforcement of multiple orders issued by state court judges, is barred by the Rooker-Feldman doctrine, which deprives federal courts of the ability to hear de-facto appeals of state court orders. ECF No. 5 at 3-4. Judge Drozd's full analysis can be found in his order at ECF No. 5 and is incorporated herein. Pursuant to Judge Drozd's reasoning, the undersigned believes that this case must be dismissed as barred by the Rooker-Feldman doctrine.

1

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in
2  writing, within 14 days of this order, why this case should not be dismissed as barred by the
3  Rooker-Feldman doctrine. If plaintiff fails to timely respond, the court will recommend dismissal
4  of his case.
5  DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE