UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD J. RUCKER, JR., | No. 2:25-cv-2503 DAD AC PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATION |
| CSAA INSURANCE EXCHANGE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On September 22, 2025, the court issued an order to show cause why this case should not be dismissed as barred by the Rooker-Feldman doctrine. ECF No. 7. Plaintiff was cautioned that failure to respond would result in a recommendation that this case be dismissed. Plaintiff has not responded.

Accordingly, for the reasons set forth by the District Judge in his order denying plaintiff's motion for a temporary restraining order (ECF No. 5), it is RECOMMENDED that this case be dismissed as barred by the Rooker-Feldman doctrine.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's

1

1 | Findings and Recommendations." Local Rule 304(d).  Plaintiff is advised that failure to file
2 | objections within the specified time may waive the right to appeal the District Court's order.
3 | Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
4 | DATED: October 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE