UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD J. RUCKER, JR.,

Plaintiff,

v.

CSAA INSURANCE EXCHANGE, et al.,

Defendants.

No. 2:25-cv-02503 DAD AC PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM VOLUNTARY DISMISSAL AND REOPENING THIS CASE

(Doc. Nos. 22, 23, 25)

Plaintiff initiated this civil action by filing a complaint on September 2, 2025, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On March 30, 2026, plaintiff filed a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, resulting in this case being closed. (Doc. Nos. 20, 21.) However, on May 20, 2026, plaintiff filed a motion for relief from that voluntary dismissal. (Doc. No. 22.) On July 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for relief be granted and that this case be reopened. (Doc, No. 23.) Specifically, the magistrate judge observed that plaintiff, who is appearing in *pro se*, had represented that he voluntarily dismissed this action without

prejudice as a result of a misunderstanding of federal law and procedure and the magistrate judge found that such a reasonable mistake by a pro se plaintiff is a sufficient basis upon which to grant a Rule 60(b) motion. (*Id*. at 2–3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 3.) On August 11, 2026, plaintiff filed a lengthy response to the findings and recommendations, arguing that the reopening of this case was justified. (Doc. No. 24.) On August 28, 2026, plaintiff filed a notice of non-opposition to the pending findings and recommendations and request for expedited review. (Doc. No. 25.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued July 21, 2026 (Doc. No. 23), are adopted in full;
2. Plaintiff's motion for relief from his voluntary dismissal of this action and to reopen this case (Doc. No. 22), is granted;
3. Plaintiff's request for expedited review (Doc. No. 25) is denied as having been rendered moot by this order; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE